UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROY EVANGELISTA, JR.,

               Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

               Defendant.

Case No. C23-5184 RSM

**ORDER AMENDING SCHEDULING ORDER**

Based on Defendant's Motion to Amend the Scheduling Order, and that Plaintiff's Counsel has no opposition, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall have up to and including July 21, 2023, to file a response to Plaintiff's Opening Brief; and
- Plaintiff shall have up to and including August 4, 2023, to file the optional Reply Brief.

DATED this 10th day of July, 2023.

Ricardo S. Martinez
United States District Judge

ORDER AMENDING SCHEDULING ORDER - 1